## Moss v. Bohanon.

Simmons, C. J. 1. When a case has been in this court submitted by briefs, assignments of error not argued therein will be treated as having been abandoned. *Cooper* v. *Stonecypher*, ante, 818; *Sanders Mfg. Co.* v. *Sav. Bank*, 110 *Ga.* 559, and cases cited.

111b 871
113   86
113  609

111  871
Case 2
114  115

111  871
Case 2
120  176

2. The evidence authorized the verdict, and there was no error in refusing a new trial.        *Judgment affirmed. All the Justices concurring.*

Submitted July 24,— Decided August 8, 1900.

Complaint. Before Judge Gober. Cobb superior court. July 28, 1899.

*Mozley & Griffin,* for plaintiff in error.
*E. W. Frey* and *B. F. Frey,* contra.